**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services, Respondent,

v.

Lori Spencer and Jimmie Hurst, Defendants,

Of whom Jimmie Hurst is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2016-001952

———————————

Appeal From Spartanburg County
Phillip K. Sinclair, Family Court Judge

———————————

Unpublished Opinion No. 2017-UP-288
Submitted June 14, 2017 – Filed July 10, 2017

———————————

**AFFIRMED**

———————————

Richard Whitney Allen, of The Law Offices of Richard W. Allen, L.L.C., of Laurens, for Appellant.

Deborah Murdock Gentry, of Murdock Law Firm, LLC, of Mauldin, for Respondent.

Wendy Nicole Griffith, of Talley Law Firm, P.A., of Spartanburg, for the Guardian ad Litem.

---

**PER CURIAM:** Jimmie Hurst appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2016). Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Hurst's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and HUFF and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.